UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
    UNITED STATES OF AMERICA

                  -v.-

    CESAR VASQUEZ JORDAN,
      a/k/a "Aguila,"
      a/k/a "Primo,"
    MICKY COLON MARTINEZ, and
    JULIO PAZOS JORDAN,
      a/k/a "Jeffe,"

                Defendants.

------------------------------------------------------------ X

**ORDER**

S1 22 Cr. 473 (LTS)

        Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Andrew Jones;

        It is found that the Superseding Indictment in the above-captioned action, S1 22 Cr. 473(LTS), is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, and it is therefore

        ORDERED that the Superseding Indictment S1 22 Cr. 473 (LTS) in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:      New York, New York
              May __19_, 2023

                                        _____
                                        HONORABLE LAURA TAYLOR SWAIN
                                        CHIEF UNITED STATES DISTRICT JUDGE