UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-　　　　　　　　　　　　　　　　　　　　　　　　　No.  22-CR-473-LTS

JULIO PAZOS JORDAN,　　　　　　　　　　　　　　　　　　　　　　<u>Order</u>

        Defendant.

-------------------------------------------------------x

        A bail hearing in this case is scheduled to proceed on May 31, 2023, at 12 pm, in Courtroom 17C.  The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

        The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

        SO ORDERED.

Dated: New York, New York　　　　　　　　　　　　　/s/ Laura Taylor Swain
       May 26, 2023　　　　　　　　　　　　　　　　　　LAURA TAYLOR SWAIN
　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge