UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                               No. 22-CR-473-LTS

JULIO PAZOS JORDAN,                                              ORDER

       Defendant.

-------------------------------------------------------x

An initial pretrial conference is scheduled to proceed on July 25, 2023, at 11:30 am, in Courtroom 17C. The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

SO ORDERED.

Dated: New York, New York                      /s/ Laura Taylor Swain
       July 18, 2023                                 LAURA TAYLOR SWAIN
                                                        Chief United States District Judge