UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x
                :
UNITED STATES OF AMERICA
                :    CONSENT PRELIMINARY ORDER
     - v. -               OF FORFEITURE/
                :    MONEY JUDGMENT

JULIO PAZOS JORDAN,
                :    S1 22 Cr. 473 (LTS)
        Defendant.
                :
------------------------------- x

         WHEREAS, on or about May 19, 2023, JULIO PAZOS JORDAN (the "Defendant"), among others, was charged in six counts of a ten-count Superseding Indictment, S1 22 Cr. 473 (LTS) (the "Indictment"), with firearms trafficking conspiracy in violation of Title 18, United States Code, Section 933(a)(3) (Count One); firearms trafficking in violation of Title 18, United States Code, Sections 933(a)(1) and 2 (Count Two); transfer of a firearm for use in a felony and a drug trafficking crime in violation of Title 18, United States Code, Section 924(h) and 2 (Count Four); unlicensed firearms dealing in violation of Title 18, United States Code, Section 922(a)(1)(A), 924(a)(1)(D), and 2 (Count Six); interstate transportation and distribution of firearm in violation of Title 18, United States Code, Section 922(a)(5), 924(a)(1)(D) and 2 (Count Eight); narcotics trafficking conspiracy in violation of Title 21, United States Code, Section 846 (Count Nine); and firearms use, carrying, and possession in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2 (Count Ten);

         WHEREAS, the Indictment included a forfeiture allegation as to Count One of the Indictment, seeking forfeiture to the United States of any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offense alleged in Count One of the Indictment, including but not limited to a sum of money in United States currency

representing the amount of proceeds traceable to the commission of the offense alleged in Count One of the Indictment;

WHEREAS, on or about April 18, 2024, the Defendant pled guilty to Count One of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Indictment and agreed to forfeit a sum of money equal to $34,350 in United States currency, representing the proceeds traceable to the commission of the offense alleged in Count One of the Indictment;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $34,350 in United States currency representing the amount of proceeds the Defendant personally obtained, traceable to the offense charged in Count One of the Indictment, and subject to forfeiture pursuant to Title 18, United States Code, Section 934(a)(1)(A), for which the Defendant is jointly and severally liable with his co-defendant, Cesar Vasquez Jordan ("Vasquez Jordan") to the extent a forfeiture money judgment is entered against Vasquez Jordan in this case; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count One of the Indictment, that the Defendant personally obtained, cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorney, Andrew Jones of counsel, and the Defendant, and his counsel, Robert Finzi and Samantha Fry, Esq., that:

1. As a result of the offense charged in Count One of the Information, to which the Defendant pled guilty, a money judgment in the amount of $34,350 in United States currency

(the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count One of the Indictment, that the Defendant personally obtained, for which the Defendant is jointly and severally liable with his co-defendant Jordan to the extent a forfeiture money judgment is entered against Jordan in this case, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, JULIO PAZOS JORDAN, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Illicit Finance and Money Laundering Unit, 26 Federal Plaza, 38th Floor, New York, New York, 10278 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.  The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____     April 12, 2024
    Andrew Jones                       DATE
    Assistant United States Attorney
    26 Federal Plaza, 37th Floor
    New York, NY 10278
    (212) 637-2249

JULIO PAZOS JORDAN

By: _____     4/15/24
    JULIO PAZOS JORDAN                 DATE

By: _____     4/15/24
    ROBERTO FINZI, ESQ.                DATE
    SAMANTHA FRY, ESQ.
    Paul, Weiss, Rifkind, Wharton & Garrison, LLP
    Attorney for Defendant
    1285 Avenue of the Americas
    New York, NY 10019
    (212) 492-0311

SO ORDERED:

_____          4/18/2024
HONORABLE LAURA TAYLOR SWAIN           DATE
CHIEF UNITED STATES DISTRICT JUDGE